UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:                                          CASE #: 10-14052
    CHARLES ARTHUR ANDERSON          CHAPTER 7
                                        HON. Jeffrey R. Hughes
                   DEBTOR(S)          FILE DATE: 11/29/2010
_____/

**PROOF OF SERVICE**

---

Documents Served:
Debtor's Affidavit Regarding Pay Advices and Tax Return, 60 days of pay advices and 2009 Federal tax return with attachments.

---

Persons Served:

Office of John A. Porter, Trustee
johnaporter@comcast.net

---

The undersigned certifies that a copy of the documents listed was served upon the party listed above by e-mail.

DECEMBER 8, 2010                          _____/s/_____
                                             David C Andersen (P30355)
                                           Jon D Stratman (P63221)
                                           Rebecca L Johnson (P65574)
                                           DAVID ANDERSEN & ASSOCIATES, PC
                                           866 3 Mile Road NW Ste B
                                         Grand Rapids, MI 49544